AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| CAPELLI MILANO, LLC, a Nevada Limited Liability Company, GV ENTERPRISE LLC, a Nevada Limited Liability Company ABUZZ II LLC, a Nevada Limited Liability Company, DARRELEEN GOODMAN, ET AL <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE HONORABLE STEPHEN F. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, ET AL <br><br> *Defendant(s)* | Civil Action No. 2:20-cv-00827 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hon. STEPHEN F. SISOLAK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIGAL CHATTAH, ESQ.
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #203
Las Vegas, Nevada 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 13, 2020

*Signature of Clerk or Deputy Clerk*