UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPELLI MILAN, LLC, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>THE HONORABLE STEPHEN F. SISOLAK, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-00827-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 14] |

Pending before the Court is Plaintiffs' motion to file a second amended complaint to add Calvary Chapel Lone Mountain as a plaintiff. Docket No. 14. That motion was filed on May 18, 2020. Two days later, on May 20, 2020, Calvary Chapel Lone Mountain filed a separate lawsuit against state officials. *Calvary Chapel Lone Mountain v. Sisolak*, Case No. 2:20-cv-00907-RFB-VCF (D. Nev.). Both cases seek damages and injunctive relief for claims arising out of the state's response to the current pandemic.

Given its initiation of a separate suit, it appears that Calvary Chapel Lone Mountain has abandoned its efforts to join this action. At any rate, it does not appear proper to allow Calvary Chapel Lone Mountain to join this suit given that plaintiffs are generally precluded from simultaneously pursuing multiple lawsuits on the same claims. *See Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendants"), *overruled in part on other grounds by Taylor v. Sturgell*, 553 U.S. 880

(2008); *see also Novak v. United States*, 795 F.3d 1012, 1020 (9th Cir. 2015) (leave to amend is properly denied where amendment is futile).

Accordingly, the motion for leave to file a second amended complaint is **DENIED** without prejudice. To the extent Calvary Chapel Lone Mountain does in fact wish to join this suit, any renewed motion seeking that relief must explain in detail why the amendment is not futile in light of its other pending case.

IT IS SO ORDERED.

Dated: June 9, 2020

_____
Nancy J. Koppe
United States Magistrate Judge