# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CAPELLI MILAN, LLC, et al.,

    Plaintiff(s),

v.

THE HONORABLE STEPHEN F. SISOLAK, et al.,

    Defendant(s).

Case No.: 2:20-cv-00827-APG-NJK

**ORDER**

[Docket No. 12]

On May 18, 2020, Plaintiffs filed a motion for leave to amend on an *ex parte* basis with restrictions on public access to that filing. Docket No. 12. The Court ordered that the restrictions to that filing would be lifted unless a written showing was made to justify them by May 26, 2020. Docket No. 13 at 1. No such written showing has been made. As a result, the Clerk's Office is **INSTRUCTED** to remove the restrictions from the filing at Docket No. 12.

IT IS SO ORDERED.

Dated: June 9, 2020

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge